IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| JAMES JASON WHITE, #1909270 | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 6:15cv847 |
| DIRECTOR, TDCJ-CID | § | |

ORDER DENYING DEFAULT JUDGMENT

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge K. Nicole Mitchell, who issued a Report and Recommendation concluding that Petitioner's motion for a default judgment should be denied. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Report and Recommendation (docket entry #22) is **ADOPTED**. It is further

**ORDERED** that Petitioner's motion for a default judgment (docket entry #21) is **DENIED**.

**It is SO ORDERED**.

SIGNED this 18th day of March, 2016.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE