# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| JAMES JASON WHITE, #1909270 | § | |
| VS. | § | CIVIL ACTION NO. 6:15cv847 |
| DIRECTOR, TDCJ-CID | § | |

## ORDER OF DISMISSAL

Petitioner James Jason White, an inmate confined in the Texas prison system, proceeding *pro se*, filed the above-styled and numbered petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He is complaining about his Smith County conviction for the murder of his father. On January 21, 2014, after a negotiated plea of guilty, Petitioner was sentenced to thirty years of imprisonment. In the present petition, Petitioner claims that his attorney was ineffective. The petition was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a Report and Recommendation concluding that Petitioner's guilty plea was entered knowingly, voluntarily and intelligently, and that his ineffective assistance of trial counsel claims lack merit. A recommendation was made to deny the petition for a writ of habeas corpus. Petitioner has filed a motion to file objections, which is construed as his objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by Petitioner to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of Petitioner are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Report and Recommendation (docket entry #30) is **ADOPTED**. It is further

**ORDERED** that the petition for a writ of habeas corpus is **DENIED** and the case is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. It is finally

**ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**It is SO ORDERED**.

 SIGNED this 27th day of May, 2016.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE